IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILLS POINT INDUSTRIES LLC d/b/a GORILLA COMMERCE, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 22-1256 (JLH) |
| v. | ) ) |
| JUST FUR LOVE LLC, | ) ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Plaintiff Hills Point Industries LLC to serve its initial invalidity contentions (D.I. 28, ¶ 7(d)) is extended through and including July 2, 2024.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Cameron P. Clark

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff*

May 28, 2024

SHAW KELLER LLP

/s/ Andrew E. Russell

Karen E. Keller (#4489)
Andrew E. Russell (#5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant*

**SO ORDERED** this _____ day of _____ 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge