IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILLS POINT INDUSTRIES LLC d/b/a GORILLA COMMERCE,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>JUST FUR LOVE LLC,<br><br>    Defendant/Counterclaim-Plaintiff | C.A. No. 22-1256-JLH |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the Court's Scheduling Order (D.I. 28), is hereby amended as follows. All other deadlines remain unchanged.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties to exchange list of claim terms for construction | July 9, 2024 | September 9, 2024 |
| Parties to file Joint Claim Construction Chart | July 30, 2024 | September 30, 2024 |
| Just Fur Loves to serve opening claim construction brief | August 15, 2024 | October 11, 2024 |
| Gorilla Commerce to serve answering claim construction brief | September 6, 2024 | October 25, 2024 |
| Just Fur Love to serve reply claim construction brief. | September 17, 2024 | November 8, 2024 |
| Gorilla Commerce to serve sur-reply claim construction brief | September 30, 2024 | November 22, 2024 |
| Parties to file Joint Claim Construction Brief | October 9, 2024 | December 9, 2024 |
| Parties to file Amended Joint Claim Construction Chart | October 23, 2024 | December 23, 2024 |

| | |
|---|---|
| /s/ Cameron P. Clark | /s/ Andrew E. Russell |
| Jack B. Blumenfeld (No. 1014) | Karen E. Keller (No. 4489) |
| Michael J. Flynn (No. 5333) | Andrew E. Russell (No. 5382) |
| Cameron P. Clark (No. 6647) | SHAW KELLER LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | I.M. Pei Building |
| 1201 North Market Street | 1105 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| (302) 658-9200 | kkeller@shawkeller.com |
| jblumenfeld@morrisnichols.com | arussell@shawkeller.com |
| mflynn@morrisnichols.com | *Attorneys for Defendant-Counterclaim Plaintiff* |
| cclark@morrisnichols.com | |
| *Attorneys for Plaintiff-Counterclaim Defendant* | |

Dated: July 9, 2024

SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge