IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILLS POINT INDUSTRIES LLC<br>d/b/a GORILLA COMMERCE,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>JUST FUR LOVE LLC,<br><br>    Defendant/Counterclaim-Plaintiff. | Civil Action No.  22-1256-JLH |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 11 of the Court's Scheduling Order (D.I. 46, *see also* D.I. 28), Plaintiff/Counterclaim-Defendant Hills Point Industries LLC, d/b/a Gorilla Commerce ("Gorilla Commerce"), and Defendant/Counterclaim-Plaintiff Just Fur Love LLC ("Just Fur Love") hereby submit their Joint Claim Construction Chart, attached hereto as Exhibit A.

The Joint Claim Construction Chart identifies the disputed terms, proposed constructions of the disputed claim language, and citations to supporting intrinsic evidence.

| | |
|---|---|
| */s/ Cameron P. Clark* | */s/ Karen E. Keller* |
| Michael J. Flynn (No. 5333) | Karen E. Keller (No. 4489) |
| Cameron P. Clark (No. 6647) | Andrew E. Russell (No. 5382) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| mflynn@morrisnichols.com | kkeller@shawkeller.com |
| cclark@morrisnichols.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff-Counterclaim Defendant* | *Attorneys for Defendant-Counterclaim Plaintiff* |

Dated: September 30, 2024