IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILLS POINT INDUSTRIES LLC d/b/a GORILLA COMMERCE,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>JUST FUR LOVE LLC,<br><br>    Defendant/Counterclaim-Plaintiff | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-1256-JLH<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the Court's Scheduling Order (*see* D.I. 28; D.I. 46), is hereby amended as follows. All other deadlines remain unchanged.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Just Fur Loves to serve opening claim construction brief | October 11, 2024 | October 25, 2024 |
| Gorilla Commerce to serve answering claim construction brief | October 25, 2024 | November 8, 2024 |
| Just Fur Love to serve reply claim construction brief. | November 8, 2024 | November 22, 2024 |
| Gorilla Commerce to serve sur-reply claim construction brief | November 22, 2024 | December 6, 2024 |
| Parties to file Joint Claim Construction Brief | December 9, 2024 | December 23, 2024 |
| Parties to file Amended Joint Claim Construction Chart | December 23, 2024 | January 6, 2025 |

| | |
|---|---|
| */s/ Cameron P. Clark* | */s/ Andrew E. Russell* |
| Michael J. Flynn (No. 5333) | Karen E. Keller (No. 4489) |
| Cameron P. Clark (No. 6647) | Andrew E. Russell (No. 5382) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302)658-9200 | (302)298-0700 |
| mflynn@morrisnichols.com | kkeller@shawkeller.com |
| cclark@morrisnichols.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff-Counterclaim Defendant* | *Attorneys for Defendant-Counterclaim Plaintiff* |

Dated: October 4, 2024

        SO ORDERED this _____ day of October, 2024.

 

                                                   _____
                                                       United States District Judge